UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **JESSE GONSALVES,** | ) |
| | ) |
|     **Petitioner,** | ) |
| | ) |
| v. | )   **Case No. CIV-22-1048-G** |
| | ) |
| **CHRIS RANKINS,** | ) |
| | ) |
|     **Respondent.** | ) |

## **ORDER**

This matter is before the Court for review of the Report and Recommendation issued by United States Magistrate Judge Suzanne Mitchell on December 19, 2022 (Doc. No. 5). Judge Mitchell recommended that Petitioner Jesse Gonsalves' Application for Leave to Proceed *In Forma Pauperis* (Doc. No. 2) be denied based upon Petitioner's ability to pay the required filing fee.

Petitioner has now submitted the requisite $5.00 filing fee to the Court Clerk. *See* Doc. No. 6.

In light of Petitioner's submission of the required fee, the Court DENIES Petitioner's Application for Leave to Proceed *In Forma Pauperis* (Doc. No. 2). The Court ADOPTS the reasoning of the Report and Recommendation (Doc. No. 5) in its entirety.

IT IS FURTHER ORDERED that this matter is re-referred to Judge Mitchell for further proceedings consistent with the initial case referral.

IT IS SO ORDERED this 5th day of January, 2023.

_____
CHARLES B. GOODWIN
United States District Judge